```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21093
   CYNTHIA J REAM
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-2103


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/09/07 and confirmed on 01/11/08.

     2.  The case was dismissed after confirmation, 11/14/2008.

     3.  The Debtor paid a total of $  11276.77 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA  CURRENT MORTG           .00            .00            .00
GLENVIEW STATE BANK       SECURED VEHIC      13350.00         274.55        7460.60
BAXTER CREDIT UNION       UNSECURED           8891.69            .00            .00
CONDELL MEDICAL CENTER    UNSECURED          NOT FILED          .00            .00
CONSUMERS CO OP CR UN     UNSECURED          NOT FILED          .00            .00
FIRST EXPRESS             UNSECURED            246.23            .00            .00
HSBC                      UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED            488.81            .00            .00
JC PENNEY CO              UNSECURED          NOT FILED          .00            .00
KOHLS                     UNSECURED          NOT FILED          .00            .00
LAKE COUNTY ACUTE CARE L  UNSECURED          NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           2110.59            .00            .00
TARGET NATIONAL BANK      UNSECURED            208.55            .00            .00
TARGET                    UNSECURED          NOT FILED          .00            .00
THD CBSD                  UNSECURED          NOT FILED          .00            .00
GLENVIEW STATE BANK       UNSECURED            400.00            .00            .00
BAXTER CREDIT UNION       UNSECURED           8722.27            .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13350.00         .00     21068.14          .00       34418.14
PRINCIPAL PAID       7460.60         .00          .00          .00        7460.60
INTEREST PAID         274.55         .00          .00          .00         274.55
TOTAL PAID           7735.15         .00          .00          .00        7735.15
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3500.00
and was paid $    663.00  direct and $   2324.33  through the plan.

The Trustee received $     593.29 .

Refunds to the Debtor totaled $     624.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                             /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE